195 So.2d 814

**BLUE CROSS–BLUE SHIELD OF ALABAMA**

v.

**Doris B. TURNER.**

**6 Div. 427.**

Supreme Court of Alabama.

Feb. 23, 1967.

Clement, Rosen, Hubbard & Waldrop, Tuscaloosa, and Lange, Simpson, Robinson & Somerville, Birmingham, for petitioner.

E. D. McDuffie and Norma Holcombe, Tuscaloosa, opposed.

GOODWYN, Justice.

Petition of Blue Cross-Blue Shield of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision in Blue Cross-Blue Shield of Ala. v. Turner, 43 Ala.App. 542, 195 So.2d 807.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.

194 So.2d 865

**Grady Vance BOUTWELL, Jr.**

v.

**STATE.**

**3 Div. 260.**

Supreme Court of Alabama.

Feb. 2, 1967.

Grady Vance Boutwell, Jr., pro se.

Richmond M. Flowers, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

SIMPSON, Justice.

Affirmed.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

194 So.2d 92

**BURGER IN A HURRY, INC.**

v.

**FULTON, INC., et al.**

**6 Div. 315.**

Supreme Court of Alabama.

Jan. 12, 1967.

Paul Johnston and Jas. L. Shores, Jr., Birmingham, for appellant.

Clement, Rosen, Hubbard & Waldrop and McQueen, Flowers & Ray, Tuscaloosa, for appellees.

COLEMAN, Justice.

This appeal is dismissed on authority of Burger In A Hurry, Inc. v. Green Grove, Inc., et al., 280 Ala. 341, 194 So.2d 90, decided this day.

Appeal Dismissed.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.